UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RODRIGUEZ-LARA,<br><br>Defendant. | Case No.: 13cr789-CAB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(c) [Doc. No. 675]** |

On November 18, 2019, Defendant Jose Rodriguez-Lara filed a *pro se* Motion for reduction of sentence under 18 U.S.C. §3582(c)(2) and Amendment 782 (2014). [Doc. No. 675.] On December 2, 2019, this Court referred the matter to Federal Defenders under General Order 692-A(2019) to evaluate Defendant's eligibility for a reduction under the First Step Act §603(b). [Doc. No. 676.] On January 30, 2020, this Court entered a minute order clarifying that the First Order was an appointment, which the Court confirmed *nunc pro tunc* to December 2, 2019. [Doc. No. 677.]

On January 31, 2020, Federal Defenders filed a status report indicating the following:

1) To the extent Defendant's motion is based on Amendment 782, Federal Defenders submits on that motion;
2) Section 404 of the First Step Act does not apply to Defendant;

1

      3) Federal Defenders required further information before evaluating Defendant's eligibility under §603(b) of the First Step per General Order 692-A.

[Doc. No. 678.]

On May 6, 2020, Federal Defenders filed an updated status report, indicating that, as to Defendant's eligibility under §603(b) of the First Step per General Order 692-A, Federal Defenders submits on the original *pro se* pleading. [Doc. No. 681.]

Under 18 U.S.C. § 3582(c)(1)A)(i), the Court may reduce a sentence when "extraordinary and compelling reasons warrant such a reduction." Here, Defendant has presented no such reasons, nor has he presented any other basis for relief. Therefore, the motion for reduction of sentence is **DENIED**.

**IT IS SO ORDERED**.

Dated: May 21, 2020

                                                Hon. Cathy Ann Bencivengo
                                                United States District Judge